# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JIM LUP,

       **Plaintiff,**

v.                                    **Case No: 6:17-cv-2041-Orl-31DCI**

NAVIENT SOLUTIONS, LLC,

       **Defendant.**

_____

## ORDER

Upon consideration of the Joint Motion for Arbitration (Doc. 16), it is

**ORDERED** that the Motion is GRANTED. This case is STAYED pending arbitration, and administratively closed. The parties shall file a status report on April 1, 2018, and quarterly thereafter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 23, 2018.



                                 GREGORY A. PRESNELL
                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party